[No. 44808-4-II.   Division Two.   November 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE LEE TRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02168-3, Ronald E. Culpepper, J., entered April 5, 2013. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 44826-2-II.   Division Two.   November 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN WINDMEYER, *Defendant*, THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01499-1, Frank E. Cuthbertson, J., entered April 2, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 31540-1-III.   Division Three.   November 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DEAN BYRD, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated March 5, 2015. Substitute opinion filed. See 186 Wn. App. 1015.